**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re: | Case No. 21-01356/W/3 |
| DARREN LAMONT GOODMAN | Chapter 13 |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE FRBP 2012 REPORT**
**ACCOUNTING OF PRIOR ADMINISTRATION OF CASE**

William K. Stephenson, Jr., former chapter 13 standing trustee for the period from the petition date through June 30, 2021 and Annemarie B. Mathews successor chapter 13 standing trustee, for the above captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. § 1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$0.00** |

**Disbursements and Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |
| Secured Creditors | $0.00 |
| Priority Creditors | $0.00 |
| General Unsecured Creditors | $0.00 |
| **Total Disbursements & Expense of Administration:** | **$0.00** |

**Balance Transferred to Chapter 13 Successor Trustee**  $0.00

Dated: 07/01/2021

/s/ William K. Stephenson, Jr.
Chapter 13 Former Trustee
3700 Forest Drive, Suite 302
Columbia, South Carolina 29204

/s/ Annemarie B. Mathews
Chapter 13 Successor Trustee
3700 Forest Drive, Suite 302
Columbia, South Carolina 29204